■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
RAUL LLORENTE, Appellant.—Appeal by the defendant from a
judgment of the County Court, Nassau County (Harrington,
J.), rendered March 7, 1985, convicting him of criminal sale of
a controlled substance in the second degree, upon his plea of
guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to raise his objections to the plea
allocution in the County Court and accordingly has not pre-
served his claims for appellate review *(People v Hoke,* 62
NY2d 1022; *People v Pellegrino,* 60 NY2d 636). In any event,
the record clearly establishes that the guilty plea was entered
voluntarily and with a full understanding of the rights
thereby waived *(see, People v Harris,* 61 NY2d 9). Further-
more, we find that the defendant knowingly and voluntarily
waived, as a condition of the plea bargain, his right to appeal
the propriety of his sentence and his second felony offender
adjudication, and accordingly the waiver should be imple-
mented *(see, People v Williams,* 36 NY2d 829, *cert denied* 423
US 873; *People v Feingold,* 125 AD2d 587, *lv denied* 69 NY2d
880; *People v Harvey,* 124 AD2d 943, *lv denied* 69 NY2d 746).

We have considered the defendant's remaining contentions,
including those raised in his supplemental *pro se* brief, and
find that they either relate to matter dehors the record on the
appeal or are meritless. Kunzeman, J. P., Weinstein, Eiber
and Spatt, JJ., concur.